IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

DANIEL RAY BROWN                                                                                          PLAINTIFF

v.                                              Case No. 3:13-CV-03059

DANNY HICKMAN, Former Sheriff of
Boone County, Arkansas; and JASON DAY,
Jail Administrator, Boone County Detention
Center, each sued in their individual and
official capacities                                                                                       DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations (Doc. 6) from Chief United States Magistrate Judge James R. Marschewski.  No objections have been filed, and the time for filing objections has passed.

Having reviewed the record, the Court finds the Magistrate's reasoning to be sound.  The Court therefore ADOPTS the findings and recommendations of the Magistrate in full.

IT IS THEREFORE ORDERED that Plaintiff's application (Doc. 2) to proceed *in forma pauperis* is DENIED and Plaintiff's Complaint is DISMISSED WITH PREJUDICE for failure to state a claim.

Judgment will be entered accordingly.

IT IS SO ORDERED this 19th day of September, 2013.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE