IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

DANIEL RAY BROWN                                                                                PLAINTIFF

v.                                       Case No. 3:13-CV-03059

DANNY HICKMAN, Former Sheriff of
Boone County, Arkansas; and JASON DAY,
Jail Administrator, Boone County Detention
Center, each sued in their individual and
official capacities                                                                              DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that Plaintiff's complaint is DISMISSED WITH PREJUDICE.

IT IS SO ADJUDGED this 19th day of September, 2013.


/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE